■ JOAN IRIS CORP. et al., Respondents, v. NORMAN LAFER et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted, with $10 costs, with leave to plaintiffs to serve an amended complaint within 20 days after service of a copy of the order, with notice of entry, upon the attorney for the plaintiffs. On its face, the complaint does not state facts sufficient to allege any cause of action for conversion or breach of fiduciary duty. The charge of utilization of sample cuts removed from plaintiffs' premises does not connect defendants with their removal. Nor does the complaint show that the individual defendant unlawfully appropriated trade secrets or, while he was in the employ of plaintiffs, fomented dissatisfaction among plaintiffs' employees. Moreover, from the face of the complaint, the damages sought are only for the alleged inducing of breaches of contract. As to the latter charge, the allegations are too conclusory. Facts should be alleged to show the nature of the contracts of the employees induced to leave their employ and if contracts at will to negative the inference that defendants' motivating cause was the furtherance of their own legitimate business interests. A mere conclusory statement of malice does not suffice. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of WILLIAM APPELL et al., Petitioners, against WATERFRONT COMMISSION OF NEW YORK HARBOR et al., Respondents.— Determination unanimously confirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of THOMAS P. BLAKE et al., Petitioners, against WATERFRONT COMMISSION OF NEW YORK HARBOR et al., Respondents.— Determination unanimously confirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ MARGOT E. AGHNIDES v. ELIE P. AGHNIDES.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin and Frank, JJ. [See 4 A D 2d 498.]

■ TICKET CLUBS OF NEW JERSEY, INC. v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ. [See 4 A D 2d 938.]

■ EXCELSIOR OIL CORPORATION v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente and Bastow, JJ. [See 4 A D 2d 937.]

■ ALICE RICHMAN v. NEW YORK POST CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 4 A D 2d 872.]

■ BETTY L. MUELLER, an Infant, by Her Guardian ad Litem OSCAR MUELLER, v. JUDA TEICHNER, Doing Business as BRONX SIPHON SUPPLY COMPANY, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally and Bastow, JJ. [See 4 A D 2d 937.]

■ E. RICHARD BAGAROZY v. FRED E. STONEMAN et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 4 A D 2d 872.]

■ In the Matter of the Application for the Appointment of a Committee of the Person and Property of AUDREY SILBEY, an Alleged Incompetent Person. RICHARD SHILL; AUDREY SILBEY et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank and McNally, JJ. [See 4 A D 2d 946.]